UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Comtrac, Inc., and
Northern PCS Services,

Plaintiffs,

vs.

McLeod County of Minnesota; McLeod County Planning Commission, Roger Karstens, individually; James Huesser, individually; Warren Klammer, individually; and Ray Bayerl, individually,

Defendants.

Court File: 01-CV-1914 DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action have been fully resolved in light of the Defendants' issuance of the requested conditional use permit. As a result, the parties stipulate that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorney's fees to any of the parties.

It is further stipulated, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

FILED JAN 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 12-7-01

GRAY PLANT MOOTY MOOTY & BENNETT

By: ______________________

Lawrence A. Moloney (#165876)
Peter K. Beck (#5927)
Attorney for Plaintiffs
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

Dated: November 27, 2001

IVERSON REUVERS, LLC

By: ______________________

Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER**

Based upon the above Stipulation, this matter is hereby dismissed with prejudice, without costs or disbursements or attorney's fees to any of the parties.

Dated: Jan 2, 2002

By: ______________________________
Honorable Donovan W. Frank
Judge of United States District Court